AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PEI LICENSING, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  Civil Action No. 11-0153 |
| DI-MED INTERNATIONAL INC. ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF PEI LICENSING, INC.

Date:   05/01/2012

*Attorney's signature*

CHARLES A. LeGRAND (NY3036969)
*Printed name and bar number*

DAVIS WRIGHT TREMAINE LLP
1633 BROADWAY, 27TH FL.
NEW YORK, NY 10019-6708

*Address*

CHARLESLEGRAND@DWT.COM
*E-mail address*

(212) 603-6429
*Telephone number*

(212) 379-5229
*FAX number*