UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------x

PEI LICENSING, INC.

                        **Plaintiff,**

v.

DI-MED INTERNATIONAL INC.;
ANGIE'S SHOES AND LEATHER
GOODS, INC.; INTERMODA FASHION
GROUP S.A. DE C.V.; JOSKE'S DE
MEXICO, S.A DE C.V.; JOHN DOES 1-
10; JANE DOES 1-10; and XYZ
COMPANIES 1-10,

                        **Defendants.**

------------------------------------------------------------x

CIVIL ACTION NO. 11-0153
(JBW)(RML)

STIPULATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 30 2012 ★

BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED AMONG THE UNDERSIGNED PARTIES, that the time for defendants Intermoda Fashion Group S.A. de C.V. and Joske's de Mexico, S.A. de C.V. to answer, move or otherwise respond to the amended complaint herein is hereby extended through and including June 30, 2012.

Dated: New York, NY
        May 30, 2012

Davis Wright Tremaine LLP

By: _____

G. Roxanne Elings
Charles A. LeGrand
1633 Broadway, 27th Floor
New York, NY 10019-6708
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

*Attorneys for Plaintiff PEI Licensing, Inc.*

Akerman Senterfitt LLP

By: _____

Mark S. Lafayette
335 Madison, 26th Floor
New York, NY 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

*Attorneys for Defendants Intermoda Fashion Group S.A. de C.V. Joske's de Mexico, S.A.de C.V.*

{24194762;1}

So Ordered.
[signature] 5/30/12