UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
PEI LICENSING, INC.

        -V-

DI-MED INTERNATIONAL INC., et al
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 8 2012 ★

BROOKLYN OFFICE

ORDER
CV11-153 (JBW)

The court has the joint status report of May 24, 2012. The dates decided on are approved. The parties will meet with the court on November 5, 2012, at 10:00 a.m., to set motion and trial dates.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 6/11/12

