UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
-----------------------------------------------------------x

PEI LICENSING, INC.

                Plaintiff,

v.

DI-MED INTERNATIONAL INC.;
ANGIE'S SHOES AND LEATHER
GOODS, INC.; INTERMODA FASHION
GROUP S.A. DE C.V.; JOSKE'S DE
MEXICO, S.A DE C.V.; JOHN DOES 1-
10; JANE DOES 1-10; and XYZ
COMPANIES 1-10,

                Defendants.

-----------------------------------------------------------x

CIVIL ACTION NO. 11-0153
(JBW)(RML)

STIPULATION

**IT IS HEREBY STIPULATED AND AGREED AMONG THE UNDERSIGNED PARTIES,** that the time for defendants Intermoda Fashion Group S.A. de C.V. and Joske's de Mexico, S.A. de C.V. to answer, move or otherwise respond to the amended complaint herein is hereby extended through and including October 8, 2012.

Dated: New York, NY
         September 13, 2012

Davis Wright Tremaine LLP

By: _____
G. Roxanne Elings
Charles A. LeGrand
1633 Broadway, 27th Floor
New York, NY 10019-6708
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

*Attorneys for Plaintiff PEI Licensing, Inc.*

**SO ORDERED:**

Akerman Senterfitt LLP

By: _____
Mark S. Lafayette
335 Madison, 26th Floor
New York, NY 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

*Attorneys for Defendants Intermoda Fashion Group S.A. de C.V. Joske's de Mexico, S.A. de C.V.*

_____
**United States Magistrate Judge**

DWT 20149289v1 0095945-000001