# RETURN OF SERVICE

| State of New York | County of | Federal Court Court |
|---|---|---|

Index Number: 1:11-CV-00153-JBW-RML
Date Filed: _____

Plaintiff:
**PEI LICENSING, INC.**

vs.

Defendant:
**DI-MED INTERNATIONAL INC., ET AL**

For:
Robert Yu, Esq.

,

Received by Status LLC on the 6th day of August, 2013 at 3:37 pm to be served on **JOHN KIM A/K/A JANG HWAN KIM, BAY CLUB DRIVE, APT. 14Z3, BAYSIDE, NY 11360-2957**

I, David Klein, do hereby affirm that on the **15th day of August, 2013** at **6:08 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons, First Amended Answer To Third Party Complaint** with **John Die as Security Guard** at **BAY CLUB DRIVE, APT. 14Z3, BAYSIDE, NY 11360-2957**, the said premises being the respondent's place of **Abode** within the State of New York.  Deponent completed service by mailing a true copy of the **Summons, First Amended Answer To Third Party Complaint** in a postpaid envelope addressed to: **BAY CLUB DRIVE, APT. 14Z3, BAYSIDE, NY 11360-2957** and bearing the words "Personal & Confidential" by First Class Mail on **8/16/2013** and placed in an official depository of the U.S.P.S. in **New York State**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 62,  Sex: M,  Race/Skin Color: White,  Height: 6'0",  Weight: 185,  Hair: Salt & Pepper,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

_____
David Klein

Status LLC
1509 Stuyvesant Avenue
Union, NJ 07083
(908) 688-1414

Our Job Serial Number: STS-2013022658

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m