M. JOSEPH LEVIN P.C.
Attorney & Counselor At Law
86-16 Queens Boulevard - Suite 206
Elmhurst, New York 11373
(718)429-2021
(718)565-5729 (Fax)
Email: jlevin@gross-levin.com
Attorneys for Second Third-Party Defendant
John Kim a/k/a Jang H. Kim

---

| | |
|---|---|
| PEI LICENSING, INC.<br><br>          Plaintiff<br><br>    - against -<br><br>DI-MED INTERNATIONAL INC.; ANGIE'S SHOES AND LEATHER GOODS, INC.; JOHN DOES 1-10; JANE DOES 1-10; AND XYZ COMPANIES 1-10,<br><br>          Defendants | UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO. 11-0153 (JBW) (RML) |

---

ANGIE'S SHOES AND LEATHER GOODS, INC.

        Third Party Plaintiff

    - against -

GEOFFREY ALLEN CORPORATION,

        Third-Party Defendant

**SECOND THIRD-PARTY DEFENDANT, JOHN KIM a/k/a JANG H. KIM'S ANSWER TO FIRST AMENDED ANSWER TO THIRD PARTY COMPLAINT, SEPARATE DEFENSES, COUNTERCLAIM AND SECOND THIRD-PARTY COMPLAINT OF THIRD-PARTY DEFENDANT/ SECOND THIRD-PARTY PLAINTIFF GEOFFREY ALLEN CORPORATION**

---

GEOFFREY ALLEN CORPORATION,

    Second Third-Party Plaintiff,

    - against -

JOHN KIM a/k/a JANG H. KIM

    Second Third-Party Defendant.

---

    Second Third-Party Defendant, JOHN KIM a/k/a JANG H. KIM ("KIM") by his attorney,

M. JOSEPH LEVIN P.C. as and for his answer to the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff GEOFFREY ALLEN CORPORATION herein alleges as follows:

1. Denies knowledge and information sufficient to form a belief contained in Paragraphs 5, 6, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 28 and 29 of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

2. Denies each and every allegation contained in Paragraphs 25 and 26 of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

3. Denies each and every allegation contained in Paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11 of COUNT ONE of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

4. Denies each and every allegation contained in Paragraphs 16, 17 and 18 of COUNT FOUR of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

5. Denies each and every allegation contained in Paragraphs 20, 21 and 22 of COUNT FIVE of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

6. Denies each and every allegation contained in Paragraphs 23, 24 and 25 of COUNT SIX of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

7. Denies knowledge and information sufficient to form a belief contained in Paragraphs 27, 28, 30, 31and 32 of COUNT SEVEN of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

8. Denies each and every allegation contained in Paragraphs 29 of COUNT EIGHT of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff.

**WHEREFORE,** Second Third-Party Defendant , JOHN KIM a/k/a JANG H. KIM demands judgment dismissing COUNT ONE - EIGHT of the Third-Party Complaint, Separate Defenses, Counterclaim and Second Third-Party Complaint of Third-Party Defendant/Second Third-party Plaintiff together with interest costs and disbursement of this action.

CERTIFICATION

I hereby certify that Second Third-Party Defendant, JOHN KIM a/k/a JANG H. KIM is not currently aware of any pending or contemplated action or arbitration involving the subject matter of this action.

                M. JOSEPH LEVIN P.C.
                M. Joseph Levin Esq.
                Attorney & Counselor At Law
                86-16 Queens Boulevard, Suite 206
                Elmhurst, New York 11373
                (718)429-2021
                (718)656-5729
                Attorney for Second Third-Party Defendant
                John Kim a/k/a Jang H. Kim

                By: _____
                M. Joseph Levin
                ID# 4333

Dated: September 12, 2013